UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Numbers | 4:25-mc-00461 |
|---|---|---|---|
| | Dr. Manisha Purohit, *et al.* | | |
| | *versus* | | |
| | Steward Health Care System LLC, *et al.* | | |

| | |
|---|---|
| Lawyer's Name | Robert S. Berezin |
| Firm | Weil, Gotshal & Manges LLP |
| Street | 767 Fifth Avenue |
| City & Zip Code | New York, New York 10153 |
| Telephone & Email | (212) 310-8000/robert.berezin@weil.com |
| Licensed: State & Number | New York/2869477 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Steward Health Care System LLC |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No __X__
On a separate sheet for each sanction, please supply the full particulars.

| Dated: March 17, 2025 | Signed: */s/ Robert S. Berezin* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge