UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STEWARD HEALTH CARE SYSTEM, LLC, *et al.*,<br>　　　　Debtors.[1]<br><br><br>Dr. Manisha Purohit, Dr. Diane Paggioli, Dr. James D. Thomas, Dr. Thomas Ross, Dr. Michael Regan, Dr. Peter Lydon, Dr. Sridhar Ganda, and Dr. A. Ana Beesen, for themselves and those similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Steward Health Care System LLC, IASIS Healthcare, LLC, and Patrick Lombardo, in his role as Executive Vice President for Human Resources for Steward Heath Care System LLC; and John and Jane Does, in their roles as Committee Members and/or Management Board Members,<br><br>　　　　Defendants. | Chapter 11<br><br>Case No. 24-90213 (CML)<br>(Jointly Administered)<br><br><br><br><br><br><br><br><br>4:25-mc-00461 |

**OPPOSED EMERGENCY MOTION FOR ORDER SETTING
HEARING ON EMERGENCY MOTION TO STAY**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

Movants Dr. Manisha Purohit, Dr. Diane Paggioli, Dr. James Thomas, Dr. Thomas Ross, Dr. Michael Regan, Dr. Peter Lydon, Dr. Sridhar Ganda and Dr. A. Ana Beesen, participants in and beneficiaries of certain deferred compensation plans (the "**Deferred Compensation Plans**" or the "**Plans**") sponsored by the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), on their own behalf and on behalf of other participants in the Deferred Compensation Plans (collectively, "**Movants**" or the "**Participants**"), by and through their undersigned counsel, respectfully move this Court for an order that sets Movants' Emergency Motion for an Order Staying Hearing on Turnover Motion for a hearing this week (the "**Motion**").

1. On March 13, 2025, Movants filed their Emergency Motion for an Order Staying Hearing on Turnover Motion [ECF 1 (the "**Stay Motion**")].

2. On March 17, 2025, the Stay Motion was assigned to the Honorable Alfred H. Bennett.

3. Movants believe that the Court would benefit from hearing argument on the Motion and remain available at the Court's convenience at any time this week to present argument or to answer any questions that the Court might have regarding the requested relief.

4. Time is of the essence for Movants because discovery remains ongoing with respect to the Contested Matter that is the subject of the Stay Motion.

5. Depositions commence on March 19, 2025 and continue through the weekend and into next week through the eve of the March 26, 2025 trial date on the Contested Matter.

6. On March 17, 2025, Movants conferred with opposing counsel and inquired whether they would agree to proceed with an expedited hearing, and opposing counsel responded that they "do not agree there is an emergency."

**Conclusion**

Based on the foregoing, Movants respectfully request that the Court set a hearing at its convenience on the Stay Motion this week.

Dated:  March 18, 2025                /s/ Allan B. Diamond
                                      Allan B. Diamond, Esq.
                                      Christopher D. Johnson, Esq.
                                      Diamond McCarthy, LLP
                                      909 Fannin Street, 37th Floor
                                      Houston, TX  77010
                                      Telephone: (713) 333-5100
                                      Facsimile: (713) 333-5199
                                      Email:  allan.diamond@diamondmccarthy.com
                                              chris.johnson@diamondmccarthy.com

                                      Robert J. Keach, Esq., *admitted pro hac vice*
                                      Lindsay K. Milne, Esq.
                                      **BERNSTEIN, SHUR, SAWYER & NELSON**
                                      100 Middle Street
                                      P.O. Box 9729
                                      Portland, ME  04104-5029
                                      Telephone: (207) 774-1200
                                      Facsimile: (207) 774-1127
                                      Email:  rkeach@bernsteinshur.com
                                              lmilne@bernsteinshur.com

                                      *Counsel for the Participant Movants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2025, a true and correct copy of the foregoing pleadings was served by email to all parties registered to receive electronic notice in this case pursuant to the Court's CM/ECF filing system.

                                       /s/ Allan B. Diamond
                                      Allan B. Diamond

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 17, 2025, I conferred with opposing counsel regarding an expedited hearing and that opposing counsel stated that they do not agree there is an emergency.

                                       /s/ Allan B. Diamond
                                      Allan B. Diamond